UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Thomas,<br><br>            Plaintiff,<br><br>     vs.<br><br>Jefferson Capital Systems, LLC; and Does 1-10, inclusive,<br><br>            Defendants. | Case No.: 2:10-cv-08599-AGR<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 2, 2011

_____
HON. ALICIA G. ROSENBERG
U.S. MAGISTRATE JUDGE